**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
December 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MLG
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br>**v**<br>**ALEXANDER SHANE SONNIER aka "SHLIMOTHY"**<br>**Defendant** | **Case No. 1:25-CR-00562-DAE**<br>**<u>INDICTMENT</u>**<br>**COUNT 1:** 21 U.S.C. § 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Possess with Intent to Distribute Fentanyl<br>**COUNT 2:** 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl<br>**COUNT 3:** 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine |

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**
**[21 U.S.C. § 846, 841(a)(1) and (b)(1)(B)]**

That beginning on or about June 1, 2022, and continuing through on or about September 22, 2022, in the Western District of Texas, Defendant,

**ALEXANDER SHANE SONNIER aka "SHLIMOTHY",**

did knowingly and intentionally conspire, combine, confederate and agree with others, known and unknown, to possess with intent to distribute a controlled substance, which offense involved 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

That on or about September 22, 2022, in the Western District of Texas, Defendant,

**ALEXANDER SHANE SONNIER aka "SHLIMOTHY",**

did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**
**[21 U.S.C. § 841(a)(1) and (b)(1)(C)]**

That on or about September 22, 2022, in the Western District of Texas, Defendant,

**ALEXANDER SHANE SONNIER aka "SHLIMOTHY",**

did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: FOR AMY MARIE WALKER
Assistant United States Attorney